Brunswick-Balke-Collender Company, appellee, v. Edward Hines Lumber Company, appellant. Gen. No. 25,041.

Action to recover difference between contract and market price of

car of lumber not delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

J. Edward Crawford, for appellant. Ryan, Condon & Livingston, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Mr. Presiding Justice Thomson delivered the opinion of the court.